[No. 23894-2-II.   Division Two.   August 31, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ELMER SUNDE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-04410-5, Sergio Armijo, J., entered September 6, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 24375-0-II.   Division Two.   August 31, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKLIN D. CUFF, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-03122-2, Thomas Felnagle, J., entered February 10, 1999. *Reversed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 24860-3-II.   Division Two.   August 31, 2001.]

*In the Matter of the Estate of* JACK J. DELGUZZI.

GARY DELGUZZI, ET AL., *Appellants*, v. WILLIAM E. WILBERT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 8087, William E. Howard, J., entered June 18, 1999. *Reversed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 25446-8-II.   Division Two.   August 31, 2001.]

*In the Matter of the Marriage of* KATHY ROBERTA BENA, *Respondent*, and BASIL DELMAR BENA, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 98-3-00133-6, Karen B. Conoley, J., entered November 30, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Quinn-Brintnall, JJ.